**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHARGE LION LLC,** | ) Civil Action No. 6:12-CV-861-LED-JDL |
| Plaintiff, | ) Jury Trial Demanded |
| v. | ) |
| **SKYWORKS SOLUTIONS, INC.,** | ) |
| Defendant. | ) |

**DEFENDANT SKYWORKS SOLUTIONS, INC.'S NOTICE OF FILING**

Defendant Skyworks Solutions, Inc. hereby notifies the Court that a Stipulation and Joint Motion to Dismiss requesting that this case be dismissed in its entirety with prejudice has been filed in consolidated lead matter *Charge Lion LLC v. Semtech Corporation,* Civil Action No. 6:12-cv-769.  A copy of said Stipulation and Joint Motion to Dismiss is attached for the Court's convenience.

Dated: July 3, 2013                                      Respectfully submitted,

By: */s/ John F. Bufe*
Andrei Iancu
California Bar No. 184973
aiancu@irell.com
Christopher Abernethy (*pro hac vice*)
California Bar No. 275986
cabernethy@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

John F. Bufe
Texas Bar No. 03316930
johnbufe@potterminton.com
Michael E. Jones
Texas Bar No. 10929400

mikejones@potterminton.com
POTTER MINTON
110 N. College, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

ATTORNEYS FOR DEFENDANT
SKYWORKS SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 3, 2013.

                                        */s/ John F. Bufe*