# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CHARGE LION LLC,**<br><br>    Plaintiff,<br><br> v.<br><br>**SEMTECH CORPORATION,**<br><br>    Defendant.<br><hr>**CHARGE LION LLC,**<br><br>    Plaintiff,<br><br> v.<br><br>**SKYWORKS SOLUTIONS, INC.,**<br><br>    Defendant. | Civil Action No. 6:12-cv-769-LED-JDL<br>LEAD CASE<br>Jury Trial Demanded<br><br><br><br><br><br><br><br>Civil Action No. 6:12-cv-861-LED-JDL<br>Consolidated<br>Jury Trial Demanded |

## STIPULATION AND JOINT MOTION TO DISMISS PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the agreement of the Parties, Plaintiff and Counterclaim Defendant Charge Lion LLC ("Charge Lion") and Defendant and Counterclaim Plaintiff Skyworks Solutions, Inc. ("Skyworks") (collectively the "Parties"), by and through counsel, hereby stipulate to the dismissal of the entire action between the two Parties (Civil Action No. 6:12-cv-861-LED-JDL) as follows:

1. All claims and counterclaims Charge Lion asserted against Skyworks in the above-captioned action are dismissed in their entirety with prejudice.

2. All claims and counterclaims Skyworks asserted against Charge Lion in the above-captioned action are dismissed in their entirety with prejudice.

3. The Parties shall each bear their own costs and attorneys' fees in this action.

Text of an Order of Dismissal has been lodged concurrently herewith.

Dated: July 3, 2013

Respectfully submitted,

By: */s/ Andrei Iancu, with permission by John F. Bufe*

Andrei Iancu
California Bar No. 184973
aiancu@irell.com
Christopher Abernethy (*pro hac vice*)
California Bar No. 275986
cabernethy@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Tel: (310) 277-1010
Fax: (310) 203-7199

John F. Bufe
Texas Bar No. 03316930
johnbufe@potterminton.com
Michael E. Jones
Texas Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**Attorneys for Defendant
Skyworks Solutions, Inc.**

*/s/ Timothy T. Wang, with permission by John F. Bufe*

Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
NI, WANG & ASSOCIATES, PLLC
8140 Walnut Hill, Ste. 310
Dallas, TX 75231
Tel: 972-331-4600
Fax: 972-314-0900

**Attorneys for Plaintiff
Charge Lion LLC**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a)(7). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this 3rd day of July, 2013.

                                                    */s/ John F. Bufe*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHARGE LION LLC,**<br><br>  Plaintiff,<br><br>v.<br><br>**SEMTECH CORPORATION,**<br><br>  Defendant. | Civil Action No. 6:12-cv-769-LED-JDL<br>LEAD CASE<br>Jury Trial Demanded |
| **CHARGE LION LLC,**<br><br>  Plaintiff,<br><br>v.<br><br>**SKYWORKS SOLUTIONS, INC.,**<br><br>  Defendant. | Civil Action No. 6:12-cv-861-LED-JDL<br>Consolidated<br>Jury Trial Demanded |

**ORDER ON STIPULATION AND JOINT MOTION TO DISMISS PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

The Court has considered the Stipulation and Joint Motion to Dismiss Pursuant to Rule 41 of the Federal Rules of Civil Procedure filed by Plaintiff and Counterclaim Defendant Charge Lion LLC ("Charge Lion") and Defendant and Counterclaim Plaintiff Skyworks Solutions, Inc. ("Skyworks") (collectively the "Parties"). The motion is hereby GRANTED.

Accordingly, it is ORDERED that the entire action between the two Parties (Civil Action No. 6:12-cv-861-LED-JDL) is dismissed in accordance with Rule 41 of the Federal Rules of Civil Procedure and the Parties' Stipulation, as follows:

1. All claims and counterclaims Charge Lion asserted against Skyworks in the above-captioned action are dismissed in their entirety with prejudice.

2. All claims and counterclaims Skyworks asserted against Charge Lion in the above-captioned action are dismissed in their entirety with prejudice.

3. The Parties shall each bear their own costs and attorneys' fees in this action.

**IT IS SO ORDERED.**