**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CHARGE LION LLC,** | Civil Action No. 6:12-cv-769-LED-JDL |
| Plaintiff, | LEAD CASE |
| | Jury Trial Demanded |
| v. | |
| **SEMTECH CORPORATION,** | |
| Defendant. | |
| **CHARGE LION LLC,** | Civil Action No. 6:12-cv-861-LED-JDL |
| Plaintiff, | Consolidated |
| | Jury Trial Demanded |
| v. | |
| **SKYWORKS SOLUTIONS, INC.,** | |
| Defendant. | |

## ORDER ON STIPULATION AND JOINT MOTION TO DISMISS PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE

The Court has considered the Stipulation and Joint Motion to Dismiss Pursuant to Rule 41 of the Federal Rules of Civil Procedure filed by Plaintiff and Counterclaim Defendant Charge Lion LLC ("Charge Lion") and Defendant and Counterclaim Plaintiff Skyworks Solutions, Inc. ("Skyworks") (collectively the "Parties"). The motion is hereby GRANTED.

Accordingly, it is ORDERED that the entire action between the two Parties (Civil Action No. 6:12-cv-861-LED-JDL) is dismissed in accordance with Rule 41 of the Federal Rules of Civil Procedure and the Parties' Stipulation, as follows:

1. All claims and counterclaims Charge Lion asserted against Skyworks in the above-captioned action are dismissed in their entirety with prejudice.

2. All claims and counterclaims Skyworks asserted against Charge Lion in the above-captioned action are dismissed in their entirety with prejudice.

3. The Parties shall each bear their own costs and attorneys' fees in this action.

**So ORDERED and SIGNED this 9th day of July, 2013.**

_____

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**